■ In the Matter of MARILYN SCHNEIDER, Respondent, v ROSLYN ENGELMAYER, Appellant. [852 NYS2d 769]—

Respondent should not have to pay any part of the evaluator's fee where the petition, which was dismissed after a hearing for lack of medical evidence substantiating petitioner's claim of incapacity, lacks the required "specific factual allegations" of personal actions or financial transactions demonstrating incapacity (Mental Hygiene Law § 81.08 [a] [4], [5]; *see Matter of Petty*, 256 AD2d 281, 283 [1998]). Concur—Lippman, P.J., Andrias, Williams and McGuire, JJ.